IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 17-650-3 |
| KEVIN DAVIS | : | |

**ORDER**

AND NOW, this 21st day of June, 2023, upon consideration of Defendant Kevin Davis's Pro Se Letter Motion for Early Termination of Supervised Release (Document No. 119) and the Government's Response in Opposition, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,    C.J.